UNITED STATES DISTRICT COURT

for the

Missoula District of Montana
4th Division

FILED
JUN 0 5 2020
Clerk, U.S. District Court
District Of Montana
Missoula

Lanica Latrice Ray
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

v.

Salish Kotenai College
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Lanica Latrice Bay
   Address: Missoula, Montana 59808
   City: Missoula   State: Montana   Zip Code: 59808
   County: Missoula
   Telephone Number: 406-370-8651
   E-Mail Address: Lanicar@yahoo.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Salish Kootenai College
   Job or Title (if known): State Federal College Institution
   Address: 58138 US Hwy 93, P.O Box 70
   City: Pablo   State: MT   Zip Code: 59855
   County:
   Telephone Number: 406.275-4763
   E-Mail Address (if known): Salishkootenai.com

   [ ] Individual capacity   [ ] Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Address:
   City:   State:   Zip Code:
   County:
   Telephone Number:
   E-Mail Address (if known):

   [ ] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
  Name
  Job or Title (if known)
  Address

  City    State    Zip Code

  County
  Telephone Number
  E-Mail Address (if known)

  [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
  Name
  Job or Title (if known)
  Address

  City    State    Zip Code

  County
  Telephone Number
  E-Mail Address (if known)

  [ ] Individual capacity    [ ] Official capacity

II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [X] Federal officials (a Bivens claim)

  [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I had been removed from educational INstitution under Pell grant safty.

C. Plaintiffs suing under Bivens may only recover for the violation of certain constitutional rights. If you are suing under Bivens, what constitutional right(s) do you claim is/are being violated by federal officials?

DIScrimonation, Lost of time in my career. ~~Pell~~ Federal Pell grant aloted was Soantion.

Page 3 of 6

Religiously, I have becomed feared in.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Salish Kotenai College

B. What date and approximate time did the events giving rise to your claim(s) occur?

Febuary 23, 2018
Aprosimenly around the Afternoon

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) I was asked to sit with recovery group, And it had been Just I, with a group of ladyes whom worked with the college. I was asked some question, as I came back to answer, I was happy, peaceful And great full that I had finely succeeded to go threw the next step. to I Finely Came to belive I would have the chance to be Rewarded a career that would Financialy work.

IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I'm indigent of an educated career to containe the responsibilities that appiles an active rehability with the mental disabilitys I have to support like many the natural process in habit for the welfar of wages for care. as well as Acknowledge work etic Preformence in the state public. Be rejected and Judged for my educational balence this has gained effecent plesure to be skilled in preformence Activity skill slowly.

V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. In replacement I have been harmed in witch was removing the right to compleat a Federal contract enrollment in witch was my civil right to comply with the active sameter that was in the nature of my faith. This act that was take place has taken time to forgive my self and how to understand that this bias shelfish Higher educated Leders in what ever filed that had contained a problme matic or even preform a posibality economic plesure by Taking my chance to have what was to be inliken in I. Now as I whom knowus and came to belive the most important truth I am an american that has proven my trust. So I trustly think I'm owed in solvency in the amount of 500,000 in Relife for what had been take from my life off and on for the past trying to recive a healthy education for the welfar of my family needs

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff: *Lanica Latrice Ray*
Printed Name of Plaintiff: Lanica Latrice Ray

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
                 City            State      Zip Code
Telephone Number: _____
E-mail Address: _____